NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1448

STATE OF LOUISIANA

VERSUS

CARL EUGENE PAYTON, III

************

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NO. 65,072,
HONORABLE LESTER P. KEES, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Billy H. Ezell, Judges.

CONVICTION AND SENTENCE AFFIRMED.
MOTION TO WITHDRAW GRANTED.

William E. Tilley
  District Attorney
Terry W. Lambright
  Assistant District Attorney
Post Office Box 1188
Leesville, Louisiana 71496-1188
(337) 239-2008
Counsel for:
     State of Louisiana

**Edward K. Bauman**
**Louisiana Appellate Project**
**Post Office Box 1641**
**Lake Charles, Louisiana 70602-1641**
**(337) 491-0570**
**Counsel for Defendant/Appellant:**
**Carl Eugene Payton, III**

**Carl Eugene Payton, III**
**Vernon Correctional Facility**
**2294 Slagle Road**
**Leesville, Louisiana 71446**
**Defendant/Appellant**